# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>B. WAGNER,<br><br>    Respondent._____/ | 1:10-cv-00313-DLB (HC)<br><br>ORDER REQUIRING RESPONDENT TO INFORM THE COURT WHETHER RESPONDENT WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 5, 2010, the Court directed Respondent to file a response to the petition within sixty days from the date of service of the order. (Court Doc. 4.) The Court also sent Respondent an order indicating whether Respondent would consent to Magistrate Judge jurisdiction. Respondent has not filed a response. Accordingly, it is HEREBY ORDERED within seven (7) days from the date of service of this order, Respondent shall inform the Court whether he will consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

IT IS SO ORDERED.

Dated:   **May 17, 2010**              **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE