# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA HERNANDEZ,<br><br>      Petitioner,<br><br>   v.<br><br>HARLEY G. LAPPIN,<br><br>      Respondent.<br>_____/ | 1:10-cv-00313-DLB (HC)<br><br>ORDER TO SHOW CAUSE WHY<br>SANCTIONS SHOULD NOT BE IMPOSED |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

     Petitioner filed the petition for writ of habeas corpus on February 23, 2010. On June 14, 2010, the undersigned denied Respondent's motion to dismiss the petition, and directed Respondent to file an answer to the petition within thirty days from the date of service. Respondent was granted an extension of thirty days to respond on July 8, 2010. Over thirty days have passed and Respondent has failed to file a response.

     Local Rule 110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///

///

1

1  Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order,
2  to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court
3  order.

6  IT IS SO ORDERED.

7  Dated: **September 1, 2010**          **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE